**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts  **Category No.** II  **Investigating Agency** DEA

**City** Harwichport

**County** Barnstable

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes ☑ No

Defendant Name  Joshua Bradley  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: 5 Allendale Road, Pittsfield MA 01201

Birth date (Yr only): 1996  SSN (last 4#): 0047  Sex: M  Race White  Nationality: USA

**Defense Counsel if known:** Daniel K. Gelb, Gelb & Gelb LLP  Address: 900 Cummings Center, Suite 207-V

Bar Number: _____  Beverly, MA 01915

**U.S. Attorney Information**

AUSA: Meghan C. Cleary  Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☑ Information ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 7/24/2026  Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Joshua Bradley  _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 843(a)(3) | Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge | 1 |
| Set 2 | 21 U.S.C. § 843(a)(3) | Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge | 2 |
| Set 3 | 21 U.S.C. § 843(a)(3) | Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge | 3 |
| Set 4 | 21 U.S.C. § 843(a)(3) | Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge | 4 |
| Set 5 | 21 U.S.C. § 843(a)(3) | Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013